STATE OF NEBRASKA, DEPARTMENT OF ROADS,
APPELLANT, V. ART KRAFT SIGNS, INC., A NEBRASKA
CORPORATION, ET AL., APPELLEES.

319 N.W.2d 463

Filed May 21, 1982. No. 44065.

Paul L. Douglas, Attorney General, and Sharon M. Lindgren, for appellant.

Cunningham, Blackburn, VonSeggern, Livingston, Francis & Riley; and Luebs, Dowding, Beltzer, Leininger & Smith, for appellees.

Heard before KRIVOSHA, C.J., BOSLAUGH, McCOWN, CLINTON, WHITE, HASTINGS, and CAPORALE, JJ.

PER CURIAM.

This is an action by the State of Nebraska, Depart-

ment of Roads, against Art Kraft Signs, Inc., to enjoin the maintenance of an advertising sign which is visible from the main-traveled way of Interstate 80. It is alleged that the erection and maintenance of the sign violates Neb. Rev. Stat. § 39-1320.06 (Reissue 1978) and rules and regulations of the Department of Roads relating to the control of advertising in areas adjacent to the Interstate highway. Among the defenses alleged is that § 39-1320.06 is unconstitutional.

This case is controlled by our opinion in *State v. Mayhew Products Corp., ante* p. 300, 318 N.W.2d 280 (1982). Although additional issues are raised in this case not raised in *Mayhew*, we cannot, in the light of our holding in *State v. Mayhew Products Corp., supra,* reach those issues.

AFFIRMED.